UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-3704-WHITE

UNITED STATES OF AMERICA,

v.

ANA P. RIBIERO DE JESUS,
BIBI N. GOPAUL,
VISHWANAUTH R. BACHU,
MARBELLA V. ASPIAZU COELLO, and
CINTHIA L. GUZMAN MIRANDA,

      Material Witnesses.
_____/

## ORDER

THIS CAUSE came before this Court on the Government's *ore tenus*, unopposed motion to dismiss the material witness complaint against VISHWANAUTH R. BACHU because a criminal deposition pursuant to Rule 15 of the Rules of Criminal Procedure was completed as to that material witness on December 21, 2007. This Court hereby finds that the deposition of VISHWANAUTH R. BACHU was satisfactorily completed, and it is hereby

ORDERED AND ADJUDGED that the Government's motion is GRANTED, and the material witness complaint against VISHWANAUTH R. BACHU is hereby dismissed.

DONE AND ORDERED at Miami, Florida on the 21st day of December, 2007.

                                                  WILLIAM C. TURNOFF
                                                  United States Magistrate Judge